WILLIAM MASON, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. CITY OF PATERSON, *ET AL.*, DEFENDANTS-APPELLANTS.

BOARD OF ALDERMEN OF THE CITY OF PATERSON, *ETC.*, *ET AL.*, PLAINTIFFS-RESPONDENTS AND CROSS-APPELLANTS, v. ARTHUR DWYER, ACTING MAYOR, *ETC.*, *ET AL.*, DEFENDANTS-APPELLANTS AND CROSS-RESPONDENTS.

CITY OF PATERSON, *ETC.*, PLAINTIFF-APPELLANT, v. ARTHUR C. DWYER, *ET AL.*, DEFENDANTS-RESPONDENTS.

Argued April 2 and 3, 1973—Decided April 9, 1973.

*Mr. Adolph A. Romei* argued the cause for defendants-appellants City of Paterson, *et al.*

*Mr. Dennis J. Cummins, Jr.,* argued the cause for plaintiffs-respondents Mason, *et al.*

*Mr. Leonard S. Miller* argued the cause for plaintiffs-respondents and cross-appellants (*Messrs. Miller and Reenstra,* attorneys).

*Mr. Charles H. Roemer* argued the cause for respondents Board of Commissioners of Assessment of Taxes, etc.

PER CURIAM. The trial court held, among other things, that the statute establishing the form of government for the City of Paterson was unconstitutional. 120 *N. J. Super.* 184 (Law Div. 1972). On motion, we certified the appeals prior to consideration in the Appellate Division.

The judgment is affirmed substantially for the reasons given by the trial court. There is reserved to the trial court authority to amend the timetable in paragraphs 6, 7 and 8 of the judgment if circumstances shall so warrant.

*For affirmance*—Chief Justice WEINTRAUB, Justices JACOBS, PROCTOR, HALL, MOUNTAIN and SULLIVAN and Judge CONFORD—7.

*For reversal*—None.